# Court of Appeals
# of the State of Georgia

ATLANTA,  January 16, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0858. RANDOLF SMITH v. THE STATE.**

In 2016, Randolf Smith pleaded guilty to multiple counts of aggravated stalking. He was sentenced to ten years, to serve four years in prison and the remainder on probation. In 2022, the trial court revoked the balance of Smith's probation.[1] Smith then filed a motion to reduce or modify his sentence in which he sought credit for the time he was incarcerated on a probation revocation warrant against the sentence he received as a result of his probation revocation. The trial court denied the motion and this direct appeal followed. We, however, lack jurisdiction.

"In determining the proper procedure to follow in pursuing an appeal, the underlying subject matter generally controls over the relief sought." *Self v. Bayneum*, 265 Ga. 14, 14-15 (453 SE2d 27) (1995). Because the underlying subject matter of this appeal is the revocation of Smith's probation, he was required to file an application for discretionary appeal in order to appeal. See OCGA § 5-6-35 (a) (5); *White v. State*,

---

[1] Smith attempted to directly appeal that decision in Case No. A24A1208, which this Court dismissed on April 9, 2024.

233 Ga. App. 873, 874 (505 SE2d 228) (1998); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997). His failure to do so deprives this Court of jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,___01/16/2025_____

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.